```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 10434
   FLOYD SINCLAIR
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-2270

-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 06/11/2007 and was confirmed 08/27/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was converted to chapter 7 after confirmation 12/08/2007.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
-----------------------------------------------------------------------
SAXON MORTGAGE SERVICES    CURRENT MORTG           .00          .00            .00
SAXON MORTGAGE SERVICES    MORTGAGE ARRE      1290.90          .00         1290.90
ECAST SETTLEMENT CORP      UNSEC W/INTER     10940.59          .00            .00
CREDIT ONE BANK            UNSEC W/INTER NOT FILED             .00            .00
ELAN FINANCIAL SVC         UNSEC W/INTER NOT FILED             .00            .00
FIRST NATIONAL BANK        UNSEC W/INTER NOT FILED             .00            .00
HSBC NV                    UNSEC W/INTER NOT FILED             .00            .00
HSBC NV                    UNSEC W/INTER NOT FILED             .00            .00
SILVER LAKE RESORTS OWNE   UNSEC W/INTER NOT FILED             .00            .00
NICOR GAS                  UNSEC W/INTER NOT FILED             .00            .00
ECAST SETTLEMENT CORP      UNSEC W/INTER        61.64          .00            .00
SEARS/CBSD                 UNSEC W/INTER NOT FILED             .00            .00
B-REAL LLC                 UNSEC W/INTER      1200.00          .00            .00
LVNV FUNDING LLC           UNSECURED           665.66          .00            .00
BENNIE W FERNANDEZ         DEBTOR ATTY           .00                          .00
TOM VAUGHN                 TRUSTEE                                          95.67
DEBTOR REFUND              REFUND                                             .00

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                     RECEIPTS          DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE              1,386.57

PRIORITY                                       .00
SECURED                                   1,290.90
UNSECURED                                      .00
ADMINISTRATIVE                                 .00
TRUSTEE COMPENSATION                         95.67
DEBTOR REFUND                                  .00
                     ---------------   ---------------
TOTALS               1,386.57             1,386.57

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 10434 FLOYD SINCLAIR
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/25/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 10434 FLOYD SINCLAIR